STD

# U.S. District Court
## DISTRICT OF ARIZONA (Prescott Division)
## CIVIL DOCKET FOR CASE #: 3:24-cv-08234-DWL

Forbach et al v. Chemguard Incorporated et al
Assigned to: Judge Dominic W Lanza
Case in other court: Coconino County Superior Court,
               S0300CV202100277
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 12/13/2024
Jury Demand: Both
Nature of Suit: 365 Personal Injury: Prod.
Liability
Jurisdiction: Federal Question

**Plaintiff**

**Wesley Forbach**
*individually and as husband*

represented by **C Lincoln Combs**
O'Steen & Harrison PLC
300 W Clarendon Ave., Ste. 400
Phoenix, AZ 85013-3424
602-252-8888
Fax: 602-274-1209
Email: lcombs@vanosteen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle C Teutonico**
Fishman Haygood LLP
201 St Charles Ave., Ste. 4600
New Orleans, LA 70170
504-556-5560
Email: dteutonico@fishmanhaygood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Walker Burge**
Fishman Haygood LLP
201 St Charles Ave., Ste. 4600
New Orleans, LA 70170
504-586-5241
Email: jburge@fishmanhaygood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerry James Miller**
Fishman Haygood LLP
201 St Charles Ave., Ste. 4600
New Orleans, LA 70170
504-556-5549
Fax: 504-949-8202
Email: kmiller@fishmanhaygood.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Patrick J McGroder , III**
Beus O'Connor McGroder PLLC
701 N 44th St.
Phoenix, AZ 85008
480-429-3004
Fax: 480-429-3100
Email: p3@bomlawgroup.com
*TERMINATED: 12/13/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Joseph McGroder , IV**
Beus O'Connor McGroder PLLC
701 N 44th St.
Phoenix, AZ 85008
480-429-3023
Fax: 480-429-3100
Email: p4@bomlawgroup.com
*TERMINATED: 12/13/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J Napoli**
Napoli Shkolnik Law - Puerto Rico
1302 Avenida Ponce de Leon
Santurce, PR 00907
833-271-4502
Email: pnapoli@nsprlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evenstar A Forbach**                        represented by **C Lincoln Combs**
*individually and as wife*                    (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Danielle C Teutonico**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Jason Walker Burge**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Kerry James Miller**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Patrick J McGroder , III**
(See above for address)
*TERMINATED: 12/13/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Joseph McGroder , IV**
(See above for address)
*TERMINATED: 12/13/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J Napoli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Chemguard Incorporated**
*a Wisconsin corporation*
*TERMINATED: 12/13/2024*

represented by **Amy Levine Heiserman**
Quarles & Brady LLP - Phoenix, AZ
One Renaissance Square
2 N Central Ave., Ste. 600
Phoenix, AZ 85004-2391
602-229-5200
Email: amy.heiserman@quarles.com
*TERMINATED: 12/13/2024*
*LEAD ATTORNEY*

**Anna Hrom**
Williams & Connolly LLP - Washington,
DC
680 Maine Ave., SW
Washington, DC 20024
202-434-5296
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine M. G. Allen**
Center Management Services
34120 Woodward Ave.
Birmingham, MI 48009
248-540-9999
Email: cat@center360.net
*TERMINATED: 12/13/2024*
*LEAD ATTORNEY*

**Eric Bowen Johnson**
Quarles & Brady LLP
1 Renaissance Sq
2 N Central Ave
Phoenix, AZ 85004-2391

602-229-5425
Fax: 602-229-5690
Email: eric.johnson@quarles.com
*TERMINATED: 12/13/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Ralph Fleurmont**
Williams & Connolly LLP - Washington,
DC
680 Maine Ave., SW
Washington, DC 20024
202-434-5564
*TERMINATED: 12/13/2024*
*LEAD ATTORNEY*

**Johanna Elizabeth Mintz**
Williams & Connolly LLP - Washington,
DC
680 Maine Ave., SW
Washington, DC 20024
202-434-5528
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lukas Mark Landolt**
Squire Patton Boggs (US) LLP - Phoenix,
AZ
2325 E Camelback Rd., Ste. 700
Phoenix, AZ 85016
602-528-4160
Fax: 602-253-8129
Email: lukas.landolt@squirepb.com
*TERMINATED: 12/13/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan Newkirk**
Williams & Connolly LLP - Washington,
DC
680 Maine Ave., SW
Washington, DC 20024
202-434-5866
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert James Shaughnessy**
Williams & Connolly LLP
725 12th St NW
Hill Bldg
Washington, DC 20005
202-434-5564
Fax: 202-434-5029
Email: bshaughnessy@wc.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Burke , II**
Udall Law Firm LLP - Phoenix, AZ
2198 E Camelback Rd., Ste. 375
Phoenix, AZ 85016
602-222-4848
Fax: 602-222-4858
Email: tburke@udalllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Perimeter Solutions LP**                   represented by **Justin Blaine Caresia**
*a Delaware limited partnership*                Baker & Hostetler LLP
*TERMINATED: 12/13/2024*                        811 Main St., Ste. 1100
                                                Houston, TX 77002
                                                816-830-7877
                                                Email: jcaresia@bakerlaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Matthew David Thurlow**
                                                Baker & Hostetler LLP - Washington, DC
                                                1050 Connecticut Ave. NW, Ste. 1100
                                                Washington, DC 20036
                                                202-861-1681
                                                Fax: 202-861-1783
                                                Email: mthurlow@bakerlaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Renee M Knudsen**
                                                Baker & Hostetler LLP - Washington, DC
                                                1050 Connecticut Ave. NW, Ste. 1100
                                                Washington, DC 20036
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Matlick Enterprises Incorporated**          represented by **Ellen S Levy**
*an Arizona corporation*                        Resnick & Louis PC - Scottsdale
*doing business as*                             8111 E Indian Bend Rd.
United Fire Equipment Company                   Scottsdale, AZ 85250
                                                602-456-2918
                                                Email: elevy@rlattorneys.com
                                                *TERMINATED: 12/13/2024*
                                                *LEAD ATTORNEY*

                                                **Miles M Masog**
                                                Renaud Cook Drury Mesaros PA
                                                1 N Central Ave., Ste. 900
                                                Phoenix, AZ 85004-4417

602-256-3025
Email: mmasog@rlattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Angela Briggs**
American Family Insurance Company -
Madison, WI
P.O. Box 77055
Madison, WI 53707
602-225-3779
Email: sbriggs1@amfam.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Carrier Global Corporation**<br>*a Florida corporation* | represented by | **Daniel J F Peabody**<br>Quarles & Brady LLP - Phoenix, AZ<br>One Renaissance Square<br>2 N Central Ave., Ste. 600<br>Phoenix, AZ 85004-2391<br>602-229-5740<br>Email: daniel.peabody@quarles.com<br>*TERMINATED: 12/13/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jeffrey Dale Gardner**
Jennings Strouss & Salmon PLC - Phoenix -
Washington St
1 E Washington St., Ste. 1900
Phoenix, AZ 85004-2554
602-262-5911
Email: jeff.gardner@quarles.com
*TERMINATED: 12/13/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jimmie W Pursell , Jr.**
Quarles & Brady LLP - Phoenix, AZ
One Renaissance Square
2 N Central Ave., Ste. 600
Phoenix, AZ 85004-2391
602-229-5200
Fax: 602-229-5690
Email: jimmie.pursell@quarles.com
*TERMINATED: 12/13/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Frazier Frerichs**
Jennings Strouss & Salmon PLC - Phoenix -
Washington St
1 E Washington St., Ste. 1900

Phoenix, AZ 85004-2554
602-262-5911
Email: sfrerichs@jsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Angus Fire Limited**                        represented by   **Aaron James Lockwood**
*a United Kingdom corporation*                                 Greenberg Traurig LLP - Phoenix
*TERMINATED: 12/13/2024*                                       2375 E Camelback Rd., Ste. 800
                                                               Phoenix, AZ 85016
                                                               602-445-8000
                                                               Email: lockwooda@gtlaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Angus International**                       represented by   **Aaron James Lockwood**
*a Missouri corporation*                                       (See above for address)
*TERMINATED: 12/13/2024*                                       *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Tyco Fire Products LP**                     represented by   **Robert James Shaughnessy**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Thomas P Burke , II**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Movant**

**L.N. Curtis and Sons Incorporated**         represented by   **Jill J Ormond**
                                                               Gordon Rees Scully Mansukhani LLP -
                                                               Phoenix, AZ
                                                               2 N Central Ave., Ste. 2200
                                                               Phoenix, AZ 85004
                                                               602-794-2491
                                                               Fax: 602-265-4716
                                                               Email: jormond@grsm.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Steven Daniel Crocchi**
                                                               Clyde & Company US LLP - Phoenix, AZ
                                                               One North Central Ave., Ste. 1030
                                                               Phoenix, AZ 85004
                                                               480-746-4573
                                                               Email: steven.crocchi@clydeco.us
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2024 | 1 | NOTICE OF REMOVAL from Coconino County Superior Court, case number S0300CV202100277. Filing fee received: $405.00, receipt number AAZDC-23773354 filed by Tyco Fire Products LP. (submitted by Thomas Burke) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(REK) (Entered: 12/18/2024) |
| 12/13/2024 | | ***State Court record received on 12/13/2024***SERVICE EXECUTED filed by Wesley Forbach, Evenstar A Forbach: Rule 4 Waiver of Service of Summons. Waiver sent on 8/13/2021 to Chemguard Incorporated.***Waiver and Acceptance of Service filed in State Court on 8/13/2021, docketed in U.S. District Court on 12/13/2024 for case management purposes.*** (REK) This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (Entered: 12/18/2024) |
| 12/13/2024 | | ***State Court record received on 12/13/2024***SERVICE EXECUTED filed by Wesley Forbach, Evenstar A Forbach: Affidavit of Service re: Summons, Amended Complaint, and Certificate of Compulsory Arbitration upon Carrier Global Corporation on 11/29/2022.***filed in State Court on 12/05/2022, docketed in U.S. District Court on 12/13/2024 for case management purposes.*** (REK) This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (Entered: 12/18/2024) |
| 12/13/2024 | | ***State Court record received on 12/13/2024***ANSWER to Complaint re: 1 Notice of Removal by Matlick Enterprises Incorporated.***filed in State Court on 7/29/2021, docketed in U.S. District Court on 12/13/2024 for case management purposes.***(REK) (Entered: 12/18/2024) |
| 12/13/2024 | | ***State Court record received on 12/13/2024***ANSWER to Complaint re: 1 Notice of Removal by Perimeter Solutions LP.***filed in State Court on 9/10/2021, docketed in U.S. District Court on 12/13/2024 for case management purposes.***(REK) (Entered: 12/18/2024) |
| 12/13/2024 | | ***State Court record received on 12/13/2024***ANSWER to Complaint re: 1 Notice of Removal by Chemguard Incorporated.***filed in State Court on 10/11/2021, docketed in U.S. District Court on 12/13/2024 for case management purposes.***(REK) (Entered: 12/18/2024) |
| 12/13/2024 | | ***State Court record received on 12/13/2024***ANSWER to First Amended Complaint re: 1 Notice of Removal by Chemguard Incorporated.***filed in State Court on 9/02/2022, docketed in U.S. District Court on 12/13/2024 for case management purposes.***(REK) (Entered: 12/18/2024) |
| 12/13/2024 | | ***State Court record received on 12/13/2024***ANSWER to First Amended Complaint re: 1 Notice of Removal by Matlick Enterprises Incorporated.***filed in State Court on 9/11/2022, docketed in U.S. District Court on 12/13/2024 for case management purposes.***(REK) (Entered: 12/18/2024) |
| 12/13/2024 | | ***State Court record received on 12/13/2024***ANSWER to Second Amended Complaint re: 1 Notice of Removal by Tyco Fire Products LP.***filed in State Court on 11/18/2024, docketed in U.S. District Court on 12/13/2024 for case management purposes.***(REK) (Entered: 12/18/2024) |
| 12/13/2024 | 2 | Filing fee paid, receipt number AAZDC-23773354. This case has been assigned to the Honorable Dominic W Lanza. All future pleadings or documents should bear the correct case number: CV-24-08234-PCT-DWL. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (REK) (Entered: 12/18/2024) |

| 12/13/2024 | 3 | NOTICE TO PARTY RE: DISCLOSURE STATEMENT: Pursuant to FRCiv 7.1 and LRCiv 7.1.1 the attached Disclosure Statement form must be filed by all nongovernmental corporate parties with their first appearance. A supplemental statement must be filed upon any change in the information. In addition, if not already filed, the Disclosure Statement should be filed within 14 days. Disclosure Statement Deadline set as to Carrier Global Corporation, L.N. Curtis and Sons Incorporated, Matlick Enterprises Incorporated, Tyco Fire Products LP. (REK) (Entered: 12/18/2024) |
|---|---|---|
| 12/18/2024 | 4 | NOTICE TO FILER OF DEFICIENCY re: 1 Notice of Removal filed by Tyco Fire Products LP. ***FOLLOW-UP ACTION REQUIRED:*** Attorney must update PACER account to match law firm information on pleading: **Miles M Masog**. Law firm name listed on pleading: *Resnick & Louis PC*. Law firm in CM-ECF Account: *Renaud Cook Drury Mesaros PA*. REQUIRED: Attorney must update PACER account to match law firm information on pleading: **Steven Dale Crocchi**. Law firm name listed on pleading: *Gordon Rees Scully Mansukhani LLP*. Law firm in CM-ECF Account: *Clyde & Company US LLP*. REQUIRED: Attorney must update PACER account to match law firm information on pleading: **Jeffrey Dale Gardner**. Law firm name listed on pleading: *The email address is for Quarles & Brady LLP*. Law firm in CM-ECF Account: *The address and firm name listed in CM-ECF account is for Jennings Strouss & Salmon PLC*. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (REK) (Entered: 12/18/2024) |

Lincoln Combs, No. 025080
**O'STEEN & HARRISON, PLC**
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona 85013-3424
T: (602) 252-8888 F: (602) 274-1209
lcombs@vanosteen.com
*Attorneys for Plaintiff*

Kerry J. Miller, *pro hac vice*
Jason W. Burge, *pro hac vice*
Danielle Teutonico, *pro hac vice*
**FISHMAN HAYGOOD LLP**
201 St. Charles Ave., Floor 46
New Orleans, Louisiana 70170
T: (504) 586-5252 F: (504) 586-5250
kmiller@fishmanhaygood.com
jburge@fishmanhaygood.com
dteutonico@fishmanhaygood.com

Paul J. Napoli, *Pro Hac Vice*
**NAPOLI SHKOLNIK NSPR LAW SERVICES, LLC**
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
T: (787) 493-5088 F: (646) 843-7607
pnapoli@nsprlaw.com

*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF COCONINO

| | |
|---|---|
| WESLEY FORBACH and EVENSTAR A. FORBACH, individually, and as husband and wife,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TYCO FIRE PRODUCTS, LP; CARRIER GLOBAL CORPORATION;  MATLICK ENTERPRISES, INC. d/b/a UNITED FIRE EQUIPMENT COMPANY<br><br>　　　　Defendants. | Case No. S-0300-CV-202100277<br><br><br>**SECOND AMENDED COMPLAINT**<br><br>(Assigned to Division IV – Elaine Fridlund-Horne) |

For their Second Amended Complaint against Defendants Tyco Fire Products, LP ("Tyco"), Carrier Global Corporation, ("Carrier Global"), and Matlick Enterprises, Inc., d/b/a United Fire Equipment Company ("United Fire" and, collectively with Tyco and Carrier Global, "Defendants"), Plaintiffs Wesley Forbach and Evenstar A. Forbach ("Plaintiffs"), through undersigned counsel, hereby allege, based upon information and belief, as follows:

## INTRODUCTION

1.     Plaintiff Wesley Forbach ("Wes") has been a firefighter for over thirteen years.  Throughout that period, he worked with aqueous film-forming foams ("AFFFs") containing the toxic chemicals collectively known as per and polyfluoroalkyl substances ("PFAS").  PFAS include, but are not limited to, perfluorooctanoic acid ("PFOA") and perfluorooctane sulfonic acid ("PFOS") and related chemicals including those that degrade to PFOA and/or PFOS.

2.     AFFFs are used by fire departments, including the departments where Wes worked, to extinguish fires.  Wes was exposed to AFFFs in training sessions, while fighting fires, and, after a fire was extinguished, by "painting" rooms, which entails coating every surface with a thick concentration of foam to prevent fires from rekindling. Throughout his career, Wes had routine dermal exposure to AFFFs.

3.     Defendants designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold, and/or otherwise released into the stream of commerce AFFFs with knowledge that they contained highly toxic PFAS, which would expose end users of the product to the risks associated with PFAS.  Each of the Defendants supplied AFFFs, either on a manufacturer or distributor basis, to the Flagstaff Fire Department that employs Wes.

4.     PFAS accumulates in the blood and bodily tissues of humans exposed to the material and persists for long periods of time. These are highly toxic and carcinogenic chemicals.  Defendants knew, or should have known, that PFAS present significant health

risks to humans who are exposed to them.

5.      In his role as a firefighter, Wes used Defendants' AFFFs in their intended manner, without material change in the products' condition, and in a manner that Defendants were aware that firefighters like Wes would use the product.  Wes was unaware of the toxic nature of the PFAS in AFFFs – indeed, Defendants represented that their foam products were as safe as dish soap.

6.      After more than a decade of exposure to AFFFs, Wes was diagnosed with testicular cancer.  Wes' consumption, and/or dermal absorption of Defendants' AFFF products caused him to develop the serious medical conditions and complications alleged herein.

7.      Through this action, Wes and his wife, Evenstar, seek to recover for the permanent and significant damages sustained as a direct consequence of his exposure to Defendants' AFFF products during the course of Wes' training and firefighting activities.

## PARTIES JURISDICTION AND VENUE

8.      Plaintiffs are a married couple residing in Coconino County, Arizona.

9.      Defendant Tyco Fire Products, LP, as a successor-in-interest to The Ansul Company ("Tyco") is a Delaware limited partnership and does business throughout the United States, including in Coconino County, Arizona.  Tyco designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, and/or sold AFFFs containing PFAS that are used in firefighting training and response exercises that are the subject of this Second Amended Complaint.

10.      Defendant Carrier Global Corporation ("Carrier Global") is a Florida corporation and does business throughout the United States, including Coconino County, Arizona. Upon information and belief, Carrier Global and/or its legal predecessors from whom it assumed liability including United Technologies Company ("UTC") and UTC Fire and Security, designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, and/or sold AFFFs containing PFAS that

are used in firefighting training and response exercises that are the subject of this Second Amended Complaint.

11.     Defendant Matlick Enterprises, Inc., d/b/a United Fire Equipment Company ("United Fire"), is an Arizona corporation and does business throughout this state, including in Coconino County. United Fire marketed, distributed, and/or sold AFFFs containing PFAS that are used in firefighting training and response exercises that are the subject of this Second Amended Complaint.

12.     Tyco and Carrier Global are hereafter referred to as the "Manufacturer Defendants."  United Fire are hereafter referred to as the "Distributor Defendant."

13.     Defendants have caused events to occur in Coconino County, Arizona, out of which all claims stated herein arise, and venue is proper in this Court pursuant to A.R.S. § 12-401.

14.     The amount in controversy exceeds the Court's minimum jurisdictional amount.

15.     The Court has jurisdiction of this action pursuant to Article VI, section 14 of the Arizona Constitution and A.R.S. § 12-123.

## GENERAL ALLEGATIONS

16.     Aqueous Film-Forming Foam ("AFFF") is a combination of chemicals used to extinguish fires.

17.     AFFF has better firefighting capabilities than water because of its unique properties, which extinguish fires by smothering them, ultimately starving them of oxygen.

18.     AFFFs can be used to fight fires directly in conjunction with or in place of water, or they can be used to insulate a premises that was previously on fire, to prevent fire from reigniting.

19.     AFFF was introduced commercially in the mid-1960s and rapidly became the primary firefighting foam in the United States and other parts of the world.  AFFF

contains PFAS, which are highly fluorinated synthetical chemical compounds whose family includes PFOS and PFOA.

20.    PFAS have been used for decades in the manufacture of AFFF.  PFAS chemicals are entirely manmade, and do not naturally occur.

21.    Prior to commercial development and large-scale manufacture and use of AFFF containing PFAS, no such PFAS had been found or detected in humans.

22.    AFFF and PFAS are associated with various adverse health effects in humans.

23.    Exposure to AFFF has been linked to serious medical conditions including, but not limited to, kidney cancer, testicular cancer, testicular tumors, pancreatic cancer, prostate cancer, leukemia, lymphoma, bladder cancer, thyroid disease, and infertility.

24.    In the 1960s, studies by PFAS manufacturers raised concerns about the health risks caused by these substances.[1]

25.    By the 1970s, animal studies of PFAS revealed immunotoxicity and other adverse effects.

26.    By the 1980s, studies by PFAS manufacturers reported immunotoxicity and carcinogenicity effects caused by PFAS.

27.    By the 1990s, certain PFAS manufacturers began monitoring the levels of PFAS in the blood serum of their workers.  Studies began showing an excess occurrence of prostate cancer in individuals exposed to PFAS.

28.    By at least 2010, additional research and testing performed by certain PFAS manufacturers revealed multiple potential adverse health impacts among workers exposed to PFAS, such as increased cancer incidence, hormone changes, lipid changes, and thyroid and liver impacts.

29.    After the USEPA and other entities began asking manufacturers to stop

---

[1] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6172956/

manufacturing and/or using certain PFAS, Defendants began manufacturing and/or distributing more of certain other and/or "new" PFAS, including so-called "Short-Chain PFAS."

30.    Defendants manufacturing and/or distributing Short-Chain PFAS are aware that Short-Chain PFAS have also been found in human blood.   By the mid-2010s, manufacturers were aware that certain Short-Chain PFAS have been found to cause the same triad of tumors, (testicular, liver, and pancreatic), in animals as non-Short-Chain PFAS.

31.    Moreover, by the early 2010s, research on Short-Chain PFAS suggested that the technical performance of these Short-Chain PFAS is lower, requiring larger quantities and/or more substances to be used to provide the same performance, leading to the same aggregate exposure for affected humans.

32.    Nonetheless, Defendants each downplayed the risks of AFFFs containing PFAS to firefighters like Wesley Forbach.

33.    Even after an independent science panel, known as the "C8 Science Panel," announced in the 2010s that human exposure to PFAS were associated with certain human diseases, including kidney and testicular cancer,[2] Defendants continued to downplay the risk of AFFFs.

34.    At all relevant times, Manufacturer Defendants, through their acts and omissions, concealed and/or withheld information from their customers, governmental entities, and the public that would have properly and fully alerted Plaintiff to the risks of exposure to AFFFs containing PFAS.

35.    At all relevant times, Defendants encouraged continued and increased use of PFAS by their customers and others and tried to encourage and foster the increased and further use of PFAS through the promotion of AFFFs to fire departments, including the

---

[2] https://ehp.niehs.nih.gov/doi/pdf/10.1289/ehp.1306615

fire department where Wesley Forbach works, while downplaying the risks.

36.   At all relevant times, Manufacturer Defendants were and/or should have been aware, or knew and/or should have known, that their design, marketing, development, manufacture, distribution, release, training and response of users, production of instructional materials and/or sale of AFFFs containing PFAS would result in the contamination of the blood and/or body of Wesley Forbach with PFAS, causing injury, irreparable harm, and/or unacceptable risk of such injury and/or irreparable harm to Wesley Forbach.

**Defendants' AFFFs were used by the Flagstaff Fire Department**

37.   Defendants designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, and/or sold AFFFs containing toxic PFAS that were used by fire departments around the country, including county and municipal firefighting departments.

38.   Defendants each designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, and/or sold AFFFs containing PFAS in such a way as to cause the exposure to and ultimate contamination of Wesley Forbach's blood and body with PFAS, resulting in persistence and accumulation of PFAS in his blood and body.

39.   Each of the Defendants manufactured, sold, and/or distributed AFFFs to the Flagstaff Fire Department, thereby causing the contamination of the blood and/or body of Wesley Forbach with PFAS.

40.   Tyco manufactured and/or sold AFFFs, including Ansul 3% AFFF to Flagstaff Fire Department, based upon information and belief, during all relevant time periods. Tyco's AFFFs were used by firefighters in the Flagstaff Fire Department, including Wesley Forbach, in their ordinary course of firefighting activities and in the manner in which these AFFFs were expected to be used by Tyco, thereby exposing Wesley Forbach to PFAS.

– 7 –

41.     Carrier Global manufactured and/or sold AFFFs, including Tridex 3/6% AR/AFFF to Flafstaff Fire Department, based upon information and belief, during all relevant time periods. Carrier Global's AFFFs were used by firefighters in the Flagstaff Fire Department, including Wesley Forbach, in their ordinary course of firefighting activities and in the manner in which these AFFFs were expected to be used by Carrier Global, thereby exposing Wesley Forbach to PFAS.

42.     United Fire distributed AFFFs to the Flagstaff Fire Department, based upon information and belief, during all relevant time periods.  AFFFs distributed by United Fire were used by firefighters in the Flagstaff Fire Department, including Wesley Forbach, in their ordinary course of firefighting activities and in the manner in which these AFFFs were expected to be used by United Fire, thereby exposing Wesley Forbach to PFAS.

**The Plaintiff's exposure to Defendants' AFFFs**

43.     Wesley Forbach and his wife, Evenstar A. Forbach, have been happily married since August 2004.

44.     Wesley Forbach began his fire service career in 2007, with the Flagstaff Fire Department, serving the city of Flagstaff, Arizona.

45.     Wes was first exposed to AFFFs in the Flagstaff Fire Department academy, where he trained with Class A and B firefighting foams.  During training, it was common to have AFFFs on his body from head to toe, and it was common to have direct skin contact with AFFFs while cleaning up after drills.  At the time, he was led to believe that the foam was generally inert and provided no hazard to his health.  After his training, in service as a firefighter, Wes was exposed to AFFFs while spraying foam during firefighting operations.

46.     Wes' responsibilities included driving, pumping, and maintaining the fire truck, which included pumping AFFFs, cleaning AFFFs out of the firefighting equipment, and adding new foam as needed.  While operating and cleaning equipment using foam, he was never given any instruction from the manufacturers of distributors to avoid contact

with AFFFs, or that the materials were otherwise harmful. In fact, Wes was told that AFFF was simply extra concentrated dish soap and posed no health threats.

47.   Firefighters who regularly expect to fight aircraft fires obtain an Aircraft Rescue Firefighting ("ARF") certification. Wes is not, and never was, ARF certified. He has never fought an aircraft fire.

48.   Over the course of 13 years as a firefighter with the Flagstaff Fire Department, from 2007 to the present, Wesley Forbach routinely used, handled, and came in direct contact with AFFFs containing PFOA produced, manufactured, sold, and/or distributed by the Defendants.  His exposure to these products was in the ordinary course of his firefighting activities, and was in the standard way that Defendants anticipated that these products would be used and handled.

49.   In 2001, prior to his exposure to any AFFF foam, Wes was diagnosed with testicular cancer, at the age of 17 and underwent an orchiectomy.

50.   After over a decade of exposure to AFFF foams, Wesley Forbach was diagnosed again with testicular cancer, with a significant tumor.  His doctor told him that it was extremely uncommon for a man to get testicular cancer twice in his lifetime. He is not and has never been a smoker.  Among other medical treatments, he underwent an orchiectomy and chemotherapy.  His medical treatments continue to this day.

## FIRST CLAIM FOR RELIEF

### (Strict Products Liability-Design Defect and Failure to Warn against All Defendants)

51.   Plaintiffs incorporate the allegations contained in Paragraphs 1 through 50 of this Second Amended Complaint as if they were fully set forth herein.

52.   Upon information and belief, Defendants are the manufacturers and/or distributors of the AFFFs containing PFAS to which Wesley Forbach was exposed.

53.   Defendants are each the sellers of the AFFFs containing PFAS to which Wesley Forbach was exposed. Defendants sell AFFFs in the ordinary course of their

business.

54.     The use of the AFFFs in training activities and routine firefighting activities was the purpose for which the AFFFs were intended and was reasonably foreseeable by Defendants.  The AFFFs were used in substantially the same condition in which they were sold.

55.     A reasonable firefighter would not expect the AFFFs used in training activities and routine firefighting activities to expose him to a known carcinogen.

56.     AFFFs failed to perform as safely as an ordinary firefighter would expect when the AFFFs were used in the reasonably foreseeable manner of routine firefighting activities.

57.     Defendants designed an unreasonably harmful product that was inherently defective in that it contained known carcinogens.

58.     Defendants had full knowledge that AFFFs contained known carcinogens and failed to warn Plaintiffs of the unreasonably dangerous risks.

59.     Wesley Forbach has suffered lasting and ongoing personal injuries resulting from the defective and unreasonably dangerous nature of the product caused by its defective design.

60.     Wesley Forbach was a healthy middle-aged man who had fully recovered from testicular cancer, making his likelihood of developing the disease a second time quite low.

61.     As a direct and proximate result of the foregoing, Plaintiffs have been damaged, both via personal injuries and through loss of consortium, in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF

### (Negligent Failure to Warn Against Manufacturing Defendants)

62.     Plaintiffs incorporate the allegations contained in paragraphs 1 through 61 of this Amended Complaint as if they were fully set forth herein.

63.     Manufacturing Defendants knew, through internal and external research, that AFFFs were likely dangerous when used in training activities and routine firefighting activities.

64.     Manufacturing Defendants had no reason to believe that Plaintiffs would realize the danger of AFFFs, including their carcinogenic effects.

65.     Manufacturing Defendants failed to exercise reasonable care to inform Plaintiffs of AFFFs dangers or of the facts which make it likely to be dangerous.

66.     Because of Defendants' failure to warn Plaintiffs about the dangers of AFFFs, Plaintiffs suffered personal injuries.

**THIRD CLAIM FOR RELIEF**

**(Negligent Plan or Design of Product Against All Defendants)**

67.     Plaintiffs incorporate the allegations contained in paragraphs 1 through 66 of this Amended Complaint as if they were fully set forth herein.

68.     AFFFs, products designed by Defendants, are dangerous for use in training activities and routine firefighting activities, which is the intended use of AFFFs.

69.     Defendants failed to exercise reasonable care in continuing to design and failing to re-design AFFFs which contain dangerous carcinogens.

**70.**     Because of Defendants' defective design of AFFFs Plaintiffs suffered personal injuries.

**FOURTH CLAIM FOR RELIEF**

**(Punitive Damages against Tyco and  Carrier Global)**

71.     Plaintiffs incorporate the allegations contained in paragraphs 1 through 70 of this Amended Complaint as if they were fully set forth herein.

72.     Upon information and belief, Defendants Tyco and Carrier Global (the "Manufacturer Defendants") first started manufacturing, marketing, and selling AFFFs many years ago.

73.     Over the ensuing years, the Manufacturer Defendants either knew or should

have known that an increasing volume of industry research demonstrated that AFFFs cause serious medical effects in humans who are exposed to them dermally, including tissue cancers such as testicular cancer.  Throughout that period, and up to the present, the Manufacturer Defendants have never warned firefighters or the broader public of the known health risks of AFFFs.

74.    The Manufacturer Defendants had obligations under various laws, including but not limited to 15 U.S.C. § 2607(3), to disclose to various government agencies the health risks of AFFFs containing PFAS, including in particular the carcinogenic effects of these products of which the Manufacturer Defendants were aware.  Nonetheless, the Manufacturer Defendants intentionally withheld from applicable government agencies their knowledge of the hazardous health effects AFFFs can cause to fire fighters like Wesley Forbach.

75.    The Manufacturer Defendants consciously pursued this course of conduct – the manufacture, marketing, and sale of a deficient and dangerous product with no representation to expected users of this known danger – in order to serve their own profit motives.

76.    The Manufacturer Defendants pursued the actions set forth above despite their knowledge of the substantial risk that AFFFs posed to firefighters like Wesley Forbach.

77.    The Manufacturer Defendants acted with an evil mind, meriting an award of punitive damages in an amount to be proven at trial.

## FIFTH CLAIM FOR RELIEF

### (Loss of Consortium)

78.    Plaintiffs incorporate the allegations contained in paragraphs 1 through 77 of this Amended Complaint as if they were fully set forth herein.

79.    Evenstar A. Forbach is and was at all times relevant to this action, the legal spouse of Wesley Forbach, and they have at all times relevant to this action, lived together

as husband and wife.

80.     As a proximate result of the personal injuries suffered by Wesley Forbach, as described in this Amended Complaint, Evenstar A. Forbach has been deprived of the benefits of their marriage including his love, affection, society, and consortium, and other husbandly duties and actions.  Wesley Forbach provided Evenstar A. Forbach with all of the benefits of a marriage between husband and wife, prior to his exposure to Defendants' hazardous AFFFs and the resulting injuries described herein.

81.     Evenstar A. Forbach has also incurred the costs and expenses related to the medical care, treatment, medications, and hospitalization to which Wesley Forbach was subjected for the physical injuries he suffered as a proximate result of his use of the Defendants AFFFs. Evenstar A. Forbach will continue to incur the future costs and expenses related to the care, treatment, medications, and hospitalization of Wesley Forbach due to his injuries from exposure to Defendants' hazardous AFFFs.

82.     Evenstar A. Forbach has suffered loss of consortium, as described herein, including the past, present, and future loss of her husband's companionship, services, society, and the ability of Wesley Forbach to provide Evenstar A. Forbach with the benefits of marriage, all of which has resulted in her pain, suffering, and mental and emotional distress and worry.

**JURY TRIAL DEMANDED**

Plaintiffs hereby demand a trial by jury.

**CONCLUSION**

**WHEREFORE**, Plaintiffs Wesley and Evenstar A. Forbach hereby request that the Court enter judgment against all Defendants as follows:

A. For general, consequential, special, and compensatory damages, including but not limited to pain and suffering, mental anguish, lost wages, lost future income, and loss of consortium;

B. For Plaintiffs' costs and other expenses incurred in this action; and

– 13 –

C.  Such other and further relief as the Court deems just.

**WHEREFORE**, Plaintiffs Wesley and Evenstar A. Forbach hereby request that the Court additionally enter judgment against the Manufacturer Defendants as follows:

A.  For punitive damages.


DATED: November 8, 2024.          **O'STEEN & HARRISON, PLC**


_____
Lincoln Combs

**FISHMAN HAYGOOD LLP**
Kerry J. Miller
Jason W. Burge
Danielle Teutonico

**NAPOLI SHKOLNIK NSPR LAW SERVICES, LLC**
Paul J. Napoli, *Pro Hac Vice*

*Attorneys for Plaintiffs*

**ORIGINAL** of the foregoing e-filed with
Coconino Superior Court Clerk via
TurboCourt this 8th day of November, 2024.

**COPY** of the foregoing e-mailed this same date to:

Jason W. Burge, *pro hac vice*
Danielle Teutonico, *pro hac vice*
Kerry J. Miller, *pro hac vice*
**Fishman Haygood LLP**
jburge@fishmanhaygood.com
dteutonico@fishmanhaygood.com
kmiller@fishmanhaygood.com
PL: rhamilton@fishmanhaygood.com
*Attorneys for Plaintiff*

– 14 –

Paul J. Napoli
**NAPOLI SHKOLNIK NSPR LAW SERVICES, LLC**
pnapoli@nsprlaw.com
*Co-Counsel for Plaintiffs*

Miles Masog
**Resnick & Louis**
8111 E. Indian Bend Road
Scottsdale, Arizona 85250
mmasog@rlattorneys.com
*Attorneys for Defendant Matlick Enterprises, Inc.*

Scott F. Frerichs
**Jennings, Strouss & Salmon, P.C.**
One East Washington St., Ste 1900
Phoenix, AZ 85004
sfrerichs@jsslaw.com
*Attorneys for Defendant Carrier Global Corporation*


By: /s/ *Donna Avilez*